VERA SPOLAN AMADO, PLAINTIFF-PETITIONER, v. MALIBU DUDE RANCH, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Toolan, Haney & Romond* for the petitioner.

*Messrs. Emory, Langan & Lamb* for the respondents.

September 21, 1953. Denied.

IN THE MATTER OF THE APPLICATION OF JESSE DUKES FOR A WRIT OF HABEAS CORPUS.

*Messrs. Cole, Morrill & Berman* for the petitioner.

*Mr. Donald G. Collester* for the respondent.

September 21, 1953. Denied.